NUMBER 13-03-540-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

SANDRA J. DA COSTA,                                                    Appellant,

v.

ARTURO DA COSTA,                                                         Appellee.
_________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, SANDRA J. DA COSTA, perfected an appeal from a judgment
entered by the 197th District Court of Cameron County, Texas, in cause number
2002-10-3931-C. The clerk’s record was filed on February 26, 2004. No reporter’s
record was filed. Appellant’s brief was due on March 29, 2004. To date, no appellate
brief has been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On February 23, 2005, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 7th day of April, 2005